UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| CHI SQUARED CAPITAL INC., | : | 26-cv-7356 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| NEXTNRG INC., and MICHAEL FARKAS, | : | |
| Defendants. | : | |

-----------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the motion to dismiss the complaint [Doc. No. 11] filed by both defendants on October 20, 2026,

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for October 29, 2026, at 11:00 a.m. is adjourned sine die.

Dated: New York, New York
October 26, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.